# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1491 | **DATE** | 11/2/2010 |
| **CASE TITLE** | Javon Patterson vs. Hollis Dorrough, Jr., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 08/02/11 at 9:00 a.m. As stated on the record, remaining Defendants to answer the remaining claims by 11/30/10. All discovery shall be noticed in time to be completed by 07/11/11. Dispositive motions are to be filed by 08/12/11. Responses to dispositive motions, if any, are to be filed by 09/02/11 and replies, if any, are to be filed by 09/16/11. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der-Yeghiayan's settlement conference procedures as outlined on his web page.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|